# IN THE SUPREME COURT OF THE STATE OF NEVADA

HAROLD CORREOS,
                    Appellant,
        vs.
OCWEN LOAN SERVICING;
PRISCILLA BAKER; MCCARTHY &
HOLTHUS LLP; AND WESTERN
PROGRESSIVE NEVADA INC.,
                    Respondents.

No. 76932

**FILED**

JUL 29 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

This appeal was docketed in this court on September 13, 2018. On June 14, 2019, this court entered an order directing appellant to file and serve, within 14 days, (1) a brief that complies with the requirements in NRAP 28(a) and NRAP 32 or (2) the "Informal Brief Form for Pro Se Parties" provided by the supreme court clerk, or a motion or stipulation to dismiss this appeal. Pursuant to the order, the documents were due on or before June 28, 2019. This court further cautioned that failure to file the opening brief could result in the dismissal of this appeal.[1] To date appellant has failed to file the brief or otherwise communicate with this court.

---

[1]A copy of this order is attached.

19-31752

Accordingly, it appears that appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.          _____ , J.
Parraguirre                                              Cadish


cc:     Hon. Rob Bare, District Judge
        Harold Correos
        McCarthy & Holthus, LLP/Las Vegas
        Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

HAROLD CORREOS,

Appellant,

vs.

OCWEN LOAN SERVICING; PRISCILLA BAKER; MCCARTHY & HOLTHUS LLP; AND WESTERN PROGRESSIVE NEVADA INC.,

Respondents.

No. 76932

FILED

JUN 1 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER

Appellant filed a notice indicating that the parties had agreed to arbitrate this appeal. Respondents dispute the assertion. This appeal shall proceed.

Appellant shall have 14 days from the date of this order to file and serve either (1) a brief that complies with the requirements in NRAP 28(a) and NRAP 32 or (2) the "Informal Brief Form for Pro Se Parties" provided by the supreme court clerk, or a motion or stipulation to dismiss this appeal. Respondents need not file a response to any brief filed by appellant unless directed to do so by this court. NRAP 46A(c). Failure to timely file an opening brief may result in the imposition of sanctions, including dismissal of this appeal. NRAP 31(d)(1).

It is so ORDERED.

_____, C.J.

cc: Harold Correos
McCarthy & Holthus, LLP/Las Vegas

19-25851